IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SEEGARS,** | Case No. C 12-03275 CW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 30 days to and including April 5, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: 1/29/2013

*Claudia Wilken*
The Honorable Claudia Wilken

[Proposed] Order (C 12-03275 CW (PR))