IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES SEEGARS,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden,**<br><br>Respondent. | Case No. C 12-03275 CW (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 60 days to and including June 4, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: 4/3/2013

_____
The Honorable Claudia Wilken

[Proposed] Order (C 12-03275 CW (PR))