IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SEEGARS,

      Petitioner,

  v.

KEVIN CHAPPELL, Warden,

      Respondent.

No. C 12-3275 CW (PR)

JUDGMENT

For the reasons stated in the Court's Order granting Respondent's motion to dismiss the petition as untimely, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/14/2014

                          CLAUDIA WILKEN
                          United States District Judge